**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **IN THE MATTER OF CERTAIN** | § |
| **IMMIGRATION HABEAS CASES** | § |
| **ASSIGNED TO U.S. DISTRICT JUDGE** | § |
| **XAVIER RODRIGUEZ** | § |

## FINAL JUDGMENT

On this date, the Court considered the status of the immigration habeas cases attached to this order as Appendix A.

Petitioners in these cases filed habeas petitions challenging the legality of their detention. The Government recently filed an advisory in these cases reflecting that the Petitioner(s) in each case has either been (1) released from custody or (2) removed from the country.

Because Respondents are no longer detaining those Petitioners, their claims for relief are moot. Each case listed on Exhibit A is therefore **DISMISSED AS MOOT**.

The Clerk is **DIRECTED** to **CLOSE** each case listed on Appendix A.

It is so **ORDERED**.

**SIGNED** this 21st day of July, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

## **APPENDIX A**

1.  5:25-cv-01566-XR Eduardo Xavier Jimbo Mendez v. Warden, South Texas Detention Facility
2.  5:26-cv-00661-XR Zhu Aiqing v. Facility Director, Compass Connections et al
3.  5:26-cv-00663-XR Cosmo Da Silva v. Noem et al
4.  5:26-cv-00759-XR Jaimes Moreno v. Rodriguez et al
5.  5:26-cv-00802-XR Santos-Romero v. Thompson et al
6.  5:26-cv-00890-XR Kapil KC v. Warden, South Texas ICE Processing Center
7.  5:26-cv-01042-XR WANG v. VERGARA-LOPEZ et al
8.  5:26-cv-01093-XR Koroma v. The Department of Homeland Security et al
9.  5:26-cv-01100-XR Mendez v. McKee
10. 5:26-cv-01594-XR RUIZ CUEVAS v. Warden of the South Texas Detention Center et al
11. 5:26-cv-01732-XR Salinas-Guevara v. BONDI et al
12. 5:26-cv-01845-XR Aguilar-Quijano v. Bondi, et al.
13. 5:26-cv-01870-XR Rivera Maldonado v. Mayorkas et al
14. 5:26-cv-01914-XR Beltran Martinez v. Bondi et al
15. 5:26-cv-01956-XR Calixte v. U.S Department of Homeland Security et al
16. 5:26-cv-01975-XR Tran v. Bondi et al
17. 5:26-cv-02006-XR Rodriguez-Hernandez v. Warden, Karnes County, et al
18. 5:26-cv-02033-XR Garaban v. DHS et al
19. 5:26-cv-02052-XR Vivas Diaz v. Warden, et al
20. 5:26-cv-02057-XR Adaralegbe v. Warden, South Texas ICE Processing Center et al
21. 5:26-cv-02095-XR Similien v. Bondi, et al.
22. 5:26-cv-02116-XR Avila Segura v. Thompson, et al.
23. 5:26-cv-02129-XR Talha v. Bondi et al
24. 5:26-cv-02136-XR Yokarasa v. Bondi et al
25. 5:26-cv-02174-XR Perez Rambaut v. Thompson et al
26. 5:26-cv-02216-XR Oviedo Gonzalez v. Thompson
27. 5:26-cv-02233-XR Asad v. Warden et al
28. 5:26-cv-02245-XR Castillo v. Attorney General of the United States et al
29. 5:26-cv-02289-XR Moura Amaro v. Karnes County Immigration Processing Center et al
30. 5:26-cv-02342-XR Mejias Solano v. Bondi et al
31. 5:26-cv-02451-XR Argueta Alvarado v. Bondi et al

32. 5:26-cv-02469-XR Valdes-Carreon v. Bondi et al

33. 5:26-cv-02528-XR Contreras-Chuecos v. U.S Department of Homeland Security et al

34. 5:26-cv-02865-XR Vargas Cabrera v. Warden, South Texas Immigration Processing Center et al

35. 5:26-cv-02891-XR Mondragon Luna v. Lyons et al  Released/Removed: Released.

36. 5:26-cv-02923-XR Mondragon Sanchez v. Lyons et al

37. 5:26-cv-02995-XR Semedov v. Blanche et al

38. 5:26-cv-02996-XR Franco-Matamoros v. Warden, Dilley Immigration Processing Center et al

39. 5:26-cv-03001-XR Teotonio-Aguiiar v. Warden, Dilley Immigration Processing Center et al

40. 5:26-cv-03082-XR De Leon Reyes v. Thompson et al

41. 5:26-cv-03225-XR Duenas v. Attorney General of the United States et al

42. 5:26-cv-03402-XR Da Silva Gomez v. Mullin et al

43. 5:26-cv-03416-XR Zuvieta Arvisu v. Vergara et al

44. 5:26-cv-03540-XR Bah v. Blanche et al

45. 5:26-cv-03564-XR Martin Garcia v. U.S. Immigration and Customs Enforcement et al

46. 5:26-cv-03588-XR Chunzho Canar v. Attorney General of the United States et al

47. 5:26-cv-03714-XR Herrera-Gutierrez v. Warden, La Salle County Regional Detention Center et al

48. 5:26-cv-03775-XR Ramirez Calderon v. Lyons et al

49. 5:26-cv-03936-XR Blanco Guevara v. Karnes County Immigration Processing Center et al

50. 5:26-cv-04019-XR Nava Pineda v. Vergara et al

51. 5:26-cv-04044-XR Alvaro Paquiul Coy v. Ortega et al

52. 5:26-cv-04074-XR Figueredo-Carrasco v. Attorney General of the United States et al

53. 5:26-cv-04105-XR Vazquez de Vielma v. Director, Dilley Immigration Processing Center et al

54. 5:26-cv-04203-XR Santana Martinez v. Warden et al